**GRANTED**
*Judge Maria-Elena James*

1 **BRYAN CAVE LLP**
  C. Scott Greene, California Bar No. 277445
2 Bahareh Mostajelean, California Bar No. 258903
  Joseph Poppen, California Bar No. 239282
3 Two Embarcadero Center, Suite 1410
  San Francisco, CA 94111-3907
4 Telephone:  (415) 675-3400
  Facsimile:  (415) 675-3434
5 Email:  scott.greene@bryancave.com
          bahareh.mostajelean@bryancave.com
6         joseph.poppen@bryancave.com

7 Attorneys for Defendants
  BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC. (erroneously sued as
8 "COUNTRYWIDE BANK, a Division of Treasury Bank, N.A."); and KEVIN O'NEILL

9
  **LANAHAN STEEVER & ANDERSON LLP**
10 Scott L. Steever, California Bar No. 180189)
   Laura M. Dunst (California Bar No. 251672)
11 100 B Street, Suite 320, Santa Rosa, CA 95401
   Telephone:  (707) 524-4200
12 Facsimile:  (707) 523-4610
   Email:   ldunst@lanahan.com
13
   Attorneys for Plaintiffs
14 WILLIAM G. WESCH, and KAREN WESCH

15

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19 
   WILLIAM G. WESCH, and KAREN          CASE NO. C11-06680 MEJ
20 WESCH
                                        **JOINT STIPULATION EXTENDING**
21         Plaintiff,                   **DEFENDANTS' TIME TO RESPOND TO**
                                        **COMPLAINT**
22     v.
                                        [N.D. Local Rule 6-1(a)]
23 BANK OF AMERICA; COUNTRYWIDE
   HOME LOANS, INC; COUNTRYWIDE
24 BANK, a Division of Treasury Bank, N.A.;
   KEVIN O'NEILL; FIRST GUARANTEE
25 FINANCIAL CORPORATION, SELECT
   PORTFOLIO SERVICING, INC., MERS,
26 INC.; and DOES 1-20, inclusive,

27         Defendants.

28

SF01DOCS\58322.1

**STIPULATION**

## STIPULATION

Defendants Bank of America, N.A., Countrywide Home Loans, Inc., and Kevin O'Neill ("Defendants") and Plaintiffs William G. Wesch and Karen Wesch ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows: Plaintiffs have granted Defendants a 15-day extension of time to respond to the Complaint. Therefore, Defendants' time to file and serve their response to the Complaint is extended up to and including January 20, 2012. The parties to this Stipulation agree that they will not file a motion to dismiss prior to January 20, 2012. This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: January 3, 2012

**LANAHAN STEEVER & ANDERSON LLP**
Laura M. Dunst

By: _/s/ Laura M. Dunst_
Laura M. Dunst
Attorney for Plaintiffs
WILLIAM G. WESCH, and KAREN WESCH

Dated: January 3, 2012

**BRYAN CAVE LLP**

By: /s/ Joseph Poppen
Joseph Poppen
Attorneys for Defendants
BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC. (erroneously sued as "COUNTRYWIDE BANK, a Division of Treasury Bank, N.A."); and KEVIN O'NEILL