**GRANTED**
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | **BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
2 | Bahareh Mostajelean, California Bar No. 258903
Joseph Poppen, California Bar No. 239282
3 | Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
4 | Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
5 | Email:    scott.greene@bryancave.com
            bahareh.mostajelean@bryancave.com
6 |         joseph.poppen@bryancave.com

7 | Attorneys for Defendants
BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC. (erroneously sued as
8 | "COUNTRYWIDE BANK, a Division of Treasury Bank, N.A."); and KEVIN O'NEILL

10 | **LANAHAN STEEVER & ANDERSON LLP**
Scott L. Steever, California Bar No. 180189)
11 | Laura M. Dunst (California Bar No. 251672)
100 B Street, Suite 320, Santa Rosa, CA 95401
12 | Telephone:   (707) 524-4200
Facsimile:    (707) 523-4610
   | Email:    ldunst@lanahan.com

13 | Attorneys for Plaintiffs
14 | WILLIAM G. WESCH, and KAREN WESCH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. WESCH, and KAREN WESCH<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA; COUNTRYWIDE HOME LOANS, INC; COUNTRYWIDE BANK, a Division of Treasury Bank, N.A.; KEVIN O'NEILL; FIRST GUARANTEE FINANCIAL CORPORATION, SELECT PORTFOLIO SERVICING, INC., MERS, INC.; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C11-06680 MEJ<br><br>**JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>[N.D. Local Rule 6-1(a)] |

SF01DOCS\58322.1

**STIPULATION**

## STIPULATION

Defendants Bank of America, N.A., Countrywide Home Loans, Inc., and Kevin O'Neill ("Defendants") and Plaintiffs William G. Wesch and Karen Wesch ("Plaintiffs"), by and through their counsel of record, hereby stipulate and agree as follows: Plaintiffs have granted Defendants a 15-day extension of time to respond to the Complaint. Therefore, Defendants' time to file and serve their response to the Complaint is extended up to and including January 20, 2012. The parties to this Stipulation agree that they will not file a motion to dismiss prior to January 20, 2012. This change will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: January 3, 2012

LANAHAN STEEVER & ANDERSON LLP
Laura M. Dunst

By: /s/ Laura M. Dunst
Laura M. Dunst
Attorney for Plaintiffs
WILLIAM G. WESCH, and KAREN WESCH

Dated: January 3, 2012

BRYAN CAVE LLP

By: /s/ Joseph Poppen
Joseph Poppen
Attorneys for Defendants
BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC. (erroneously sued as "COUNTRYWIDE BANK, a Division of Treasury Bank, N.A."); and KEVIN O'NEILL